RECEIVED
APR 3 0 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MELANIE TAYLOR | DOCKET NO.: 1:14-cv-0392 |
| VERSUS | JUDGE DEE D. DRELL |
| ERIC K. SHINSEKI, et al. | MAGISTRATE JUDGE JAMES D. KIRK |

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Andrus' and Nugent's motion to dismiss (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that all state law tort claims are DISMISSED WITH PREJUDICE as they are preempted by Title VII and this court is without jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 29th day of April, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT