UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MELANIE TAYLOR | : | NUMBER 14-CV-0392 |
| VERSUS | : | JUDGE DRELL |
| ERIC K. SHINSEKI, ET AL | : | MAGISTRATE JUDGE KIRK |

**JOINT MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come plaintiff, Melanie Taylor, and defendant, Eric K. Shinseki, who jointly move the Court to remand the captioned proceeding to the Veteran's Administration for further proceedings as discussed below:

1. Plaintiff, Melanie Taylor, filed the instant action alleging claims under Title VII of the Civil Rights Act.

2. Defendant moved to dismiss plaintiff's claim on the basis that she was not "aggrieved" under the relevant statute and that her complaint was premature because there were no findings on damages. See Doc. No. 51. Plaintiff filed an opposition. Doc. No. 5.

3. The parties have agreed to permit plaintiff to return to the Agency for consideration of plaintiff's evidence regarding damages. Accordingly, the parties seek entry of a Judgment remanding plaintiff's claim for consideration of evidence on the issue of damages and entry of a final agency decision ("FAD"). The parties agree that Plaintiff may file a new action in the proper federal district court in the event the Agency issues an unfavorable FAD.

WHEREFORE, the parties jointly move the Court for entry of a Judgment remanding the instant claim for further proceedings.

                                                Respectfully submitted,

                                                STEPHANIE A. FINLEY
                                                UNITED STATES ATTORNEY

| *s/ J. Arthur Smith, III* | *s/ John A. Broadwell* |
|---|---|
| J. ARTHUR SMITH, III | JOHN A. BROADWELL, No. 1733 |
| Law Office of J. Arthur Smith, III | Assistant United States Attorney |
| 830 North Street | 300 Fannin Street, Suite 3201 |
| Baton Rouge, LA  70802 | Shreveport, Louisiana 71101-3068 |
| (225) 383-7716  // Fax: (225) 383-7773 | (318) 676-3610 // Fax: (318) 676-3642 |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |